1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   | **JANINE S. CHANDLER,** | Case No. C 10-02452 LHK |
12   |                         | **[PROPOSED] ORDER EXTENDING** |
     |              Petitioner,| **TIME WITHIN WHICH TO FILE** |
13   |                         | **ANSWER TO PETITIONER FOR WRIT** |
     |        v.               | **OF HABEAS CORPUS** |
14
15   **MATTHEW CATE, Secretary, California**
     **Department of Corrections and**
16   **Rehabilitation, and VELDA DOBSON-**
     **DAVIS, Warden,**
17
                Respondent.
18

19

20        On motion of respondent and good cause appearing, it is ordered that the time within which

21   respondent is to answer the petition for writ of habeas corpus and provide the relevant state record

22   shall be extended 60 days, to and including July 12, 2011.  Petitioner's reply if any shall be filed

23   and served within 30 days of the receipt of the answer or motion.

24
     Dated:   May 5, 2011
25                                          _Lucy H. Koh_
                                            The Honorable Lucy H. Koh
26                                          United States District Judge

27

28

                                  1