IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANINE S. CHANDLER,** | Case No. C 10-02452 LHK |
| Petitioner, | [PROPOSED] ORDER EXTENDING TIME WITHIN WHICH TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| **MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation, and VELDA DOBSON-DAVIS, Warden,** | |
| Respondent. | |

On motion of respondent and good cause appearing, it is ordered that the time within which respondent is to answer the petition for writ of habeas corpus and provide the relevant state record shall be extended 62 days, to and including September 12, 2011. Petitioner's reply if any shall be filed and served within 30 days of the receipt of the answer or motion. Further requests for continuances on the part of respondent, absent exigent circumstances, are disfavored.

Dated: June 30, 2011

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge

1

[Proposed] Order (C 10-02452 LHK)