IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANINE S. CHANDLER,**<br><br>                                         Petitioner,<br><br>     v.<br><br>**MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation, and VELDA DOBSON-DAVIS, Warden,**<br><br>                                         Respondent. | Case No. C 10-02452 LHK<br><br>**ORDER DENYING THIRD MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

   On March 14, 2011, the Court issued an Order Denying Respondent's Motion to Dismiss for Failure to Exhaust. *See* Dkt. #12.  The Court ordered Respondent to file and serve an Answer within 60 days of the March 14, 2011 Order.  Since then, the Court has granted Respondent two extensions of time to file an Answer, one extension for 60 days and one extension for 62 days.  Respondent's Answer is currently due on September 12, 2011, some six months after the Court's March 14, 2011 Order.  On August 30, 2011, Respondent filed a third motion for extension of time to file an Answer, requesting another 60 days.  *See* Dkt. #17.  Respondent's motion is DENIED.

In its most recent Order granting Respondents an extension, the Court put Respondent on notice that "[f]urther requests for continuances on the part of respondent, absent exigent circumstances, are disfavored." *See* June 30, 2011 Order Granting Motion for Extension of Time to File Answer.  Respondent has identified no exigent circumstances warranting a third extension of time.  Accordingly, the September 12, 2011 deadline for Respondent's Answer remains as set.

**IT IS SO ORDERED.**

Dated:  August 30, 2011

_____
The Honorable Lucy H. Koh
United States District Judge