UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JANINE SIMONE CHANDLER, | ) | **No. C 10-02452 LHK** |
| | ) | |
| Petitioner, | ) | **[PROPOSED] ORDER** |
| | ) | **EXTENDING TIME** |
| v. | ) | **WITHIN WHICH TO** |
| | ) | **FILE TRAVERSE** |
| MATTHEW CATE, Secretary, | ) | |
| California Department of Corrections | ) | |
| and Rehabilitation, and Velda | ) | |
| Dobson-Davis, Warden, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the time within which petitioner may answer the answer to petition shall be extended 61 days, to and including December 12, 2011.

Dated: October 7, 2011

_Lucy H. Koh_
The Honorable Lucy H. Koh
United States District Judge