IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANINE S. CHANDLER,** | Case No. C 10-02452 LHK |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation, and VELDA DOBSON-DAVIS, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may file a brief in excess of 25 pages in this matter.

Dated: October 7, 2011

*Lucy H. Koh*
The Honorable Lucy H. Koh